# United States District Court
## Eastern District of Wisconsin

UNITED STATES OF AMERICA

V.

MICHAEL J. HAYES

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)
**Case Number: 06-CR-171**
**Marshal Number: 08720-089**

| William U. Burke | Stephen a. Ingraham |
|---|---|
| Defendant's Attorney | Assistant United States Attorney |

**THE DEFENDANT:**

Admitted guilt to violation of conditions of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Grade of Violation | Violation Ended |
|---|---|---|---|
| 1 | Possession of a firearm, in violation of Special Condition No. 2 of defendant's supervised release | B | 11/2/11 |
| 2 | Failure to submit to drug and alcohol testing in violation of Condition No. 5 of his supervised release. | C | 5/15/10 |
| 3 | Testing positive for marijuana in violation of Condition No. 5 of his supervised release | C | 8/31/11 |

The defendant is sentenced as provided in sheet 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Date Sentence Imposed: November 2, 2011

J. P. Stadtmueller
U.S. District Judge

Date Judgment Signed: November 2, 2011

AO 245D  (Rev.12/03) Judgment in a Criminal Case for Revocations:  Sheet 2 - Imprisonment

Defendant: Michael J. Hayes
Case Number: 06-CR-171

# IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of 12 months, 8 months of which shall run concurrent with, and 4 months of which shall run consecutive to, the sentence the defendant earlier received in Case No. 10-CR-67 (E.D. Wis.).

There will be no further term of supervised release to follow.

The defendant is to voluntarily surrender to the institution designated by the Bureau of Prisons on or after November 14, 2011.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy U. S. Marshall